**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERSON M. JACKSON; AND, KIERAN M. JACKSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>RESIDENT COLLECT INC., AND ESSEX NOHO APARTMENTS, L.P.,<br><br>  Defendants. | **Case No.:** CV13-01060 DSF (ANx)<br><br>**PLAINTIFFS' NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///

Plaintiffs IVERSON M. JACKSON and KIERAN M. JACKSON ("Plaintiffs") hereby move to dismiss this action with prejudice. Furthermore, Plaintiffs and Plaintiffs' counsel apologize for the delay in said dismissal. Upon service of the Complaint, the Parties immediately engaged in settlement discussions. These settlement discussions ultimately resolved in a recent settlement of all causes of action between the Parties.

Plaintiffs respectfully request the action be dismissed WITH PREJUDICE. Furthermore, Plaintiffs and Plaintiffs' counsel respectfully request that no sanctions be issued due to Plaintiffs' counsel's failure to prosecute this matter. Should this Court issue sanctions, Plaintiffs' counsel request that these sanctions be issued against Plaintiffs' counsel only.

Date: June 14, 2013
KAZEROUNI LAW GROUP, APC

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER
ATTORNEY FOR PLAINTIFFS